✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:   4:97CR00100-01 GTE |
| IVA JANIECE BONNER | ) | USM No:   21126-009 |
| Date of Previous Judgment:   November 25, 1998 | ) | Jerome Kearney |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   X the defendant   ❑ the Director of the Bureau of Prisons   ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❑ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of        168        months **is reduced to   Time Served.**

.

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level:   33 | | Amended Offense Level:   31 | |
| Criminal History Category:   III | | Criminal History Category:   III | |
| Previous Guideline Range:   168  to 210  months | | Amended Guideline Range:   135  to 168  months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❑ Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   11/25/98     shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   3/5/08

/s/ Garnett Thomas Eisele

Judge's signature

Effective Date:   As soon as possible, but   not later than   (if different from order date) 3/19/08

Garnett Thomas Eisele, U.S. District Judge

Printed name and title